(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>District of _____ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Tennyson Raymond | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>620 Covey Place Duluth GA 30097 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Fulton | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 284<br>Roberta, GA 31078 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 02-80050 |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT USE ONLY
COTTON    DRAKE
BIHARY    MASSEY
BRIZENDINE    MULLINS
BONAPFEL    MURPHY

INTERIM TRUSTEES
1  6  11  16  21  26
2  7  12  17  22  27
3  8  13  18  23  28
4  9  14  19  24  29
5  10 15  20  25  30
97  98  99

FEE
PAID
BALANCE
ADMIN
13 TRUSTEE

(Official Form 1) (9/97)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):

FORM B1, Page 2

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Raymond Tennyson_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# MASTER MAILING LIST

CASE NO._____

_____ Labels   Sheet _____ of _____

| | NOTE:<br>Do not type directly on the<br>Typing Guide | |
|---|---|---|
| 3370 Wolf Willow Close<br>Alpharetta, GA 30004 | Ocwen Federal<br>Odanda, FL | |
| 620 Covey Place<br>Duluth, GA 30097 | Mortgage Electronic RegSys<br>Olympus Mortgage | Attorney Anthony DeMarlo<br>250 East Ponce DeLeon<br>Clarkston GA 30030<br>(404) 370-7230 |
| 185 Sage Run Trail<br>Duluth, GA 30097 | Wells Fargo —<br>California | |
| | | |
| | | |
| | | |
| | | |

**NOTICE:** Not for use in Oregon. Use supplementary form LBF#104, available from the Oregon Bankruptcy Court.

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
              ATLANTA DIVISION

              # 01014001 - NC
              October 1, 2002



Code       Case No      Qty      Amount  By

13NI       02-80050              $20.00  CA
   Judge  - Stacey W. Cotton
   Debtor - R. TENNYSON
MAF        02-80050              $30.00  CA
   Judge  - Stacey W. Cotton
   Debtor - R. TENNYSON


TOTAL:                           $50.00


FROM: RAYMOND TENNYSON
      620 COVEY PLACE
      DULUTH, GA.   30097
      478-836-3758
```

Page 1

# CASE NUMBER: 02-80050

## BONE        (SWC)

341 Meeting: 11-6-02 @ 9:00 RM 367

Confirmation: 12-3-02 @ 9:30 RM 1404

# 02-80050





## JUDGE

## NEW PETITION CHECKLIST

(Circle One)

CHAPTER 7     CHAPTER 11     CHAPTER 12     **(CHAPTER 13)**

BUSINESS     or     **(NON BUSINESS)**

( ) COMPLETE PETITION
(✓) INCOMPLETE PETITION

CHECK-MARK THE FOLLOWING DOCUMENTS THAT ARE MISSING:

( ✓ ) CHAPTER 13 PLAN
      (Notice of Plan Summary to be served by Debtor/Attorney)
( ✓ ) STATEMENT OF FINANCIAL AFFAIRS
( ✓ ) SCHEDULES:
      (A) (B) (C) (D) (E) (F) (G) (H) (I) (J)
( ) ATTORNEY DISCLOSURE STATEMENT
( ) STATEMENT OF INTENT (See Schedule D)
( ✓ ) SUMMARY OF SCHEDULES
( ) LIST OF EQUITY SECURITY HOLDERS
( ) 20 LARGEST UNSECURED CREDITORS
( ) PRO SE AFFIDAVIT (To be returned within 5 days of filing date)

| FEE | |
|---|---|
| PAID | 80 — |
| BALANCE | 135 — |
| ADMIN | 30 — |

| JUDGE | CHAPTER 13 TRUSTEE | |
|---|---|---|
| **COTTON** | DRAKE | 13B |
| BIHARY | MASSEY | |
| BRIZENDINE | MULLINS | 13T |
| BONAPFEL | MURPHY | |

### INTERIM TRUSTEE

| 1 | 6 | 11 | 16 | 21 | 26 |
|---|---|---|---|---|---|
| 2 | 7 | 12 | 17 | 22 | 27 |
| 3 | 8 | 13 | 18 | 23 | 28 |
| 4 | 9 | 14 | 19 | 24 | 29 |
| 5 | 10 | 15 | 20 | 25 | 30 |
| 97 | 98 | 99 | | | |

( ✓ ) ATTY/DEBTOR INFORMED THAT REMAINING DOCUMENTS ARE DUE TO BE FILED WITHIN 15 DAYS FROM FILING DATE

**For Court Use Only**

Trustee:

341 Meeting:

Confirmation: